No. 04–6503. OROZCO v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–6505. JOHNSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–6506. REYNOLDS v. WHITE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6507. WALLACE v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 04–6529. SUDDETH v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 04–6532. PRUDE v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 04–6534. MORENO-MONTANO v. JACQUERT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–6536. CLARK v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6539. COLT v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6543. THOMPSON v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6544. WILLIBY v. REGENTS OF THE UNIVERSITY OF CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 04–6545. VALDEZ, AKA LALO VALDEZ v. BRAVO, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–6548. SMITH v. WINARD. C. A. 3d Cir. Certiorari denied.

No. 04–6550. RICHARDSON v. EAGLETON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.